USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI GIROTTO,                              :        22-CV-9291 (PGG) (RWL)
                 Plaintiff,        :
                                    :
     - against -                           :        **ORDER**
                                    :
MARINARA PIZZA INC., et al,                :
                                    :
              Defendants.     :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     By extension granted on June 6, 2023 at Dkt. 48, the parties' were due to file a status report by June 20, 2023.  No status report has been filed then or since.  On July 10, 2023, the final report of mediator was filed reporting agreement on all issues.  Accordingly, the parties shall file a joint status report by July 17, 2023, unless, before such time, the District Court Judge issues a 30-day dismissal order.

                                                        SO ORDERED.

                                                        _____
                                                        ROBERT W. LEHRBURGER
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2023
       New York, New York

Copies transmitted this date to all counsel of record